IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**,<br><br>v.<br><br>MIGUEL NOLASCO-DE JESUS<br><br>**Defendant**. | **Criminal No.** 10-105 (FAB) |

**ORDER**

Having considered the Report and Recommendation filed on April 13, 2010 (Docket No. 20) on a Rule 11 proceeding of defendant held before U.S. Magistrate Camille L. Velez-Rive on April 9, 2010, to which no opposition has been filed, the same is **APPROVED**. Accordingly, the guilty plea of defendant is accepted.  The Court FINDS that his plea was voluntarily and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 9, 2010. The U.S. Probation Office will prepare a pre-sentence report.

**Sentencing hearing is set for July 16, 2010 at 9:00 am**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 17, 2010.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE
